# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2013

146837 & (41)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

HARVEY JOHNSON, Personal Representative
of the Estate of Harvey Steward, Deceased,
    Plaintiff-Appellee,

v

JEREMY DRIGGETT,
    Defendant-Appellant.

SC: 146837
COA: 306560
Genesee CC: 09-091432-NO

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the January 31, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2013



Clerk

t0911